**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

LESA A. GRAY,

      Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

CASE NO. 3:23-CV-714-HAB-ALT

## OPINION AND ORDER

This matter is before the Court for an Order on Magistrate Judge Andrew L. Teel's Report and Recommendation ("R&R") in which the Magistrate Judge recommends that the Court grant the Motion for Attorney Fees filed by Plaintiff Lesa A. Gray ("Gray") in the amount of $14,959.50. (ECF No. 27). The R&R was issued on May 29, 2026 (*Id.*). The parties were advised of the 14-day objection period under Fed. R. Civ. P. 72(b). That deadline has passed without any objections filed by the parties.

On February 19, 2021, Gray entered into a fee agreement with her Counsel, in which Gray agreed to pay Counsel 25 percent of any past-due benefits awarded to her. (ECF No. 24-1). Also in February 2021, Gray filed her first action with this Court. *See* 3:21-cv-00132-WCL, ECF No. 1. In that action, the Court reversed the Commissioner's denial of her application for disability benefits and remanded the case, which resulted in the Commissioner returning a partially favorable decision. *Id.*; ECF No. 24 at 2. Related to this first appeal, Gray filed a request for attorney fees under the EAJA, which the Commissioner did not oppose. 3:21-cv-00132-WCL, ECF Nos. 34, 35. The Court granted the motion. 3:21-cv-00132-WCL, ECF No. 36.

On July 27, 2023, Gray filed this case, appealing the Commissioner's partial denial of her application for disability benefits. (ECF No. 1). The Court granted the Commissioner's unopposed motion for reversal with remand, remanding the case for further proceedings. (ECF No. 17). Gray filed her first request for attorney fees in this case, under the EAJA, on May 24, 2024. (ECF No. 20). The Commissioner did not oppose the request, and the Court granted the motion under the EAJA for $1,393.88 in attorney fees and 402.00 in costs. (ECF No. 22). On February 4, 2025, the Commissioner sent Gray a notice of change in benefits, also notifying her that she was entitled to $59,838.00 in past-due benefits, and that $14,959.50, which is 25 percent of the past-due benefits, is the maximum Counsel may charge for his work. (ECF 24-3). On February 5, 2026, Gray filed the instant motion, (ECF No. 23), which the Commissioner does not oppose (ECF No. 25). The Court referred the motion for attorney fees to Magistrate Judge Teel on May 20, 2026. (ECF No. 26).

"If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). As recounted above, the parties have not objected to the recommended disposition of the case. The Court has reviewed the Magistrate Judge's R&R. The Magistrate Judge engaged in a thorough discussion of the relevant law, and the Court finds that the R&R is not clearly erroneous and is amply supported by the record. Accordingly, the Court adopts the Magistrate Judge's recommended disposition of the case.

The Report and Recommendation (ECF No. 27) is ADOPTED IN ITS ENTIRETY. The Motion for Attorney Fees (ECF No. 23) is GRANTED in the amount of $14,959.50. The Commissioner shall release any remaining withheld benefits to Gray. Counsel is reminded of his

duty to refund to Gray the combined EAJA fees in the amount of $2,614.88 previously awarded to Counsel.

**SO ORDERED** this 6th day of July 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT